**Order filed November 19, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00617-CV
_____

## RONALD GLOSTON, Appellant

## V.

## RITA ELLISON, Appellee

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1131366**

---

# O R D E R

Appellant's brief was due November 9, 2020**.** No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **December 9, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.